SCWC-13-0002508

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

ERNEST O. PRESAS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0002508; CR. NO. 12-1-1627)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Ernest O. Presas's

Application for Writ of Certiorari, filed on September 8, 2015,

is hereby rejected.

DATED: Honolulu, Hawai‘i, October 22, 2015.

Hayley Y.C. Cheng
for petitioner

Keith M. Kaneshiro and
Brandon H. Ito
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

